UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:11-cr-048-JCM-CWH |
| FRANCISCO FLORES-JORGE, | ) | |
| Defendant. | ) | ORDER |

The court granted Michael Ryan Pandullo's oral motion to withdraw as counsel on January 6, 2012, and ordered new counsel appointed (#151). Therefore;

IT IS HEREBY ORDERED that Randall J. Roske, Esq. is appointed as counsel for Francisco Flores-Jorge in place of Michael Ryan Pandullo, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Pandullo shall forward the file to Mr. Roske forthwith.

DATED this 11th day of January, 2012.

Nunc Pro Tunc Date: January 9, 2012.

_____
JAMES C. MAHAN
United States District Judge