

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>FRANCISCO FLORES-JORGE,<br>aka PACO,<br><br>              Defendant. | 2:11-CR-048-JCM-(CWH) |

## ORDER OF FORFEITURE

This Court found on August 13, 2012, that FRANCISCO FLORES-JORGE, aka PACO, shall pay the criminal forfeiture money judgment of $44,400.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 21, United States Code, Section 853(a)(1) and (p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 217; Order of Forfeiture, ECF No. 269.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from FRANCISCO FLORES-JORGE, aka PACO, the criminal forfeiture money judgment in the amount of $44,400.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B) and Title 21, United States Code, Section 853(a)(1) and (p).

DATED this 21st day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE