# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Francisco Flores-Jorge

                        Petitioner,

    v.

United States of America

                        Respondent.

JUDGMENT IN A CIVIL CASE

Case Number: 2:11-cr-00048-JCM-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is DENIED.

02/04/2019
Date

DEBRA K. KEMPI
Clerk

/s/ A. Reyes
Deputy Clerk